Dr. G. L. Despiau, demandante y apelado, *v.* José Montilla, demandado y apelante.

No. 4510.—*Sometido:* Marzo 19, 1929. *Resuelto:* Julio 16, 1929.

· *Luis Tirado Géigel,* abogado del apelante; *F. Soto Gras,* abogado del apelado.

El Juez Presidente Señor del Toro, emitió la opinión del tribunal.

G. L. Despiau, un cirujano dentista que ejerce su profesión en esta ciudad de San Juan, demandó a José Montilla para que le pagara mil dólares como honorarios por servicios prestados al propio Sr. Montilla, a su esposa y a sus hijos.

Contestó el demandado negando la prestación de algunos de los servicios especificados en la demanda y aceptando otros, y conviniendo en que debe al demandante la suma de cincuenta y nueve dólares.

Fué el pleito a juicio. Practicóse una larga prueba y finalmente la corte dictó sentencia condenando al demandado

a pagar al demandante trescientos cincuenta dólares y las costas sin honorarios de abogado.

No conforme el demandado apeló señalando en su alegato tres errores que argumenta ampliamente. Todos se refieren a la apreciación de la prueba.

A nuestro juicio la sentencia debe ser confirmada. El juez de distrito fué cuidadoso en su apreciación y eliminó todo aquello que no consideró demostrado. Para llegar a su conclusión final resolvió el conflicto de la evidencia y no se ha demostrado que actuara movido por pasión, prejuicio o parcialidad, ni que cometiera manifiesto error.

La base de diez dólares por hora que adoptó, atendidas todas las circunstancias concurrentes y la prueba pericial practicada, no parece excesiva. Y en lo que se refiere a los servicios del niño César, si bien puede aceptarse que el demandante no lo mencionó por su nombre en su declaración, la misma parte apelante acepta en su alegato que el demandante declaró que había prestado sus servicios a varios niños del demandado calculando haber invertido veinte horas. La corte sólo aceptó diez. En su contestación el demandado expresamente alega que el demandante "prestó servicios a uno de los hijos del demandado consistentes en un relleno o empastadura cuyo trabajo vale dos dólares cantidad que acepta que le debe."

Tampoco creemos que la corte abusara de su discreción al imponer las costas en la forma en que lo hizo.

*Debe confirmarse la sentencia recurrida.*

El Juez Asociado Señor Aldrey no intervino.